ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Technical Services Support Joint Venture | ) ASBCA No. 62280 |
| | ) |
| Under Contract No. N62473-14-D-3811 | ) |

APPEARANCE FOR THE APPELLANT:        Harold S. Gault, Esq.
        Arcadia, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
      Navy Chief Trial Attorney
      Nicole R. Best, Esq.
       Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 13, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62280, Appeal of Technical Services Support Joint Venture, rendered in conformance with the Board's Charter.

Dated: August 13, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals